# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
## CASE NO. 3:22-CV-101-RJC-DCK

| | |
|---|---|
| FRANCINE SABINO, | ) |
| Plaintiff, | ) |
| v. | ) **ORDER** |
| ACCORDIUS HEALTH AT MIDWOOD, LLC, et al., | ) |
| Defendant. | ) |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 22) filed by Carl R. Wilander, concerning Rainey Booth, Jr., on March 28, 2022. Rainey Booth, Jr. seeks to appear as counsel *pro hac vice* for Plaintiff. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 22) is **GRANTED**. Rainey Booth, Jr. is hereby admitted *pro hac vice* to represent Plaintiff.

**SO ORDERED**.

Signed: March 28, 2022

David C. Keesler
United States Magistrate Judge